DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

GREGORY PERRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1730

———————————————

June 12, 2026

Appeal from the Circuit Court for Pinellas County; Pat E. Siracusa, Jr., Judge.

Blair Allen, Public Defender, and Simone Lennon, Special Assistant Public Defender, Bartow (withdrew after briefing); Keith Peterson of Law Offices of Peterson, P.A., Mulberry (substituted as counsel of record), for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Allison C. Heim, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

MORRIS, SMITH, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.